PAUL W. BERNING (CA BAR #124141)
E-Mail: pwberning@thelenreid.com
GREGORY R. SHAUGHNESSY (CA BAR #133176)
E-Mail: gshaughnessy@thelenreid.com
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Plaintiff
CENTURY THEATERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY THEATERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C 05-3146 JCS <br><br> **NOTICE OF CHANGE IN RESPONSIBLE ATTORNEYS** |

THELEN REID
& PRIEST LLP

SF #998749 v1

-1-

NOTICE OF CHANGE IN RESPONSIBLE ATTORNEYS – C05 3146 JCS

1  Please take notice that the responsible attorneys in the above-referenced action for Century

2  Theaters, Inc. have changed, as follows:

3  Gregory R. Shaughnessy
   Thelen Reid & Priest LLP
4  101 Second Street, Suite 1800
   San Francisco, CA 94105-3601
5  Phone: 415-371-1200
   Fax: 415-371-1211
6  E-mail: gshaughnessy@thelenreid.com
   Lead Attorney
7  Attorney to be noticed

8  Bradford Nilsson has left Thelen Reid & Priest and should no longer be noticed.

9
   Dated: September 2, 2005
10                                              THELEN REID & PRIEST LLP

11

12                                              By   PAUL W. BERNING
                                                     PAUL W. BERNING
13                                                   Attorneys for Plaintiff
                                                     CENTURY THEATERS, INC.
14

15

16  Dated: Sept. 6, 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA