IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTURY THEATERS, INC.,        No. C 05 3146 JCS

    Plaintiff,                       STIPULATION AND [PROPOSED]
                                     ORDER SELECTING ADR PROCESS

v.                                      ADR CERTIFICATION

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

    Defendant.
_____/

The parties stipulate to participate in the following ADR process:

**Court Processes:**

    ☐ Arbitration          ☐ ENE          ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

    ☒ Private ADR *(please identify process and provider)*

JAMS Mediation after ruling on Motions for Summary Judgment

Dated: Nov. 14, 2005            _[signature]_
                                        Attorney for Plaintiff

Dated: Nov. 14, 2005            Judith A. Whitehurst
                                        Attorney for Defendant

IT IS SO ORDERED:

Dated: December 5, 2005         _[signature]_
                                        UNITED STATES ~~DISTRICT~~ JUDGE
                                                          MAGISTRATE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either: the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 11-10-05

[Typed name and signature of plaintiff]
ANDREW C. McCULLOUGH

Dated: 11/10/05

[Typed name and signature of counsel for plaintiff]
Gregory R. Shaughnessy

Dated: 11/14/05

[Typed name and signature of defendant]
Kevin A. Locklin

Dated: 11/14/05

[Typed name and signature of counsel for defendant]
Judith A. Whitehouse

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION