| | |
|---|---|
| 1 | Andrew B. Downs, SBN 111435 |
| | E-mail: andy.downs@bullivant.com |
| 2 | Judith A. Whitehouse, SBN 198176 |
| | E-mail: judith.whitehouse@bullivant.com |
| 3 | BULLIVANT HOUSER BAILEY PC |
| | 601 California Street, Suite 1800 |
| 4 | San Francisco, California 94108 |
| | Telephone: 415.352.2700 |
| 5 | Facsimile: 415.352.2701 |
| 6 | Attorneys for Defendant Travelers Property |
| | Casualty Company Of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURY THEATERS, INC., | Case No.: C 05 3146 JCS |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | |
| Defendant. | |

Plaintiff Century Theaters, Inc. and defendant Travelers Property Casualty Company of America, having agreed upon a settlement of this matter, stipulate and request that the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorney's fees.

///

///

///

///

///

///

///

– 1 –

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE: Case No.: C 05 3146 JCS

DATED: May 12, 2006

BULLIVANT HOUSER BAILEY PC

By /s/ Andrew B. Downs
Andrew B. Downs
Judith A. Whitehouse

Attorneys for Defendant Travelers Property Casualty Company Of America

DATED: May 22, 2006

THELEN REID & PRIEST

By /s/ Paul W. Berning
Paul W. Berning

Attorneys for Plaintiff Century Theaters, Inc.

**ORDER**

The parties having stipulated,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED: May 22, 2006

/s/ Joseph C. Spero
Hon. Joseph C. Spero
United States Magistrate Judge

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero*

6068639.1

– 2 –
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE: Case No.: C 05 3146 JCS